AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Antwan Hopkins<br>*Plaintiff*<br>v.<br>10 Unknown Agents et al; Craig Janokowski,<br>F.B.I. Agent; Other Unknown Agents,<br>*Defendants* | Civil Action No.    3:21-00047-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the Plaintiff take nothing of the Defendants and this action is dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decision by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having entered an order of dismissal.

Date:    June 2, 2021                                                                *CLERK OF COURT*

                                                                                     s/Angie Snipes
                                                                        _____
                                                                         *Signature of Clerk or Deputy Clerk*